No. 1,814.—STATE EX REL. BOSTON & MONTANA CONSOLIDATED C. & S. MINING COMPANY, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of Supervisory Control.

Decided August 2, 1902.

PER CURIAM.—The application for a writ of supervisory control herein is denied and the proceeding is dismissed. (MR. JUSTICE PIGOTT dissents.)

*Mr. W. W. Dixon, Mr. A. J. Shores, Mr. C. F. Kelly, Messrs. Forbis & Evans,* and *Mr. D. Gay Stivers,* for Relator.

*Messrs. McHatton & Cotter,* and *Mr. W. C. Jones,* for Respondents.